# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2024-2471
5D2024-2472
L.T. Case Nos. 2024-000646-CFMA
2024-000325-CFMA

_____

JESSICA GRACE ALLEN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Matthew Metz, Public Defender, and Darnelle P. Lawshe, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

September 26, 2025

PER CURIAM.

In this appeal proceeding under *Anders v. California*, 386 U.S. 738 (1967), we affirm the judgment and sentence imposed by the trial court following Appellant's open, guilty plea to the charged offense. However, we remand with directions to the trial court to

enter a written order in Case No. 2024-000325-CFMA identifying which condition of probation the court found Appellant to have violated. *See Patt v. State*, 876 So. 2d 1278 (Fla. 5th DCA 2004) (affirming revocation of Patt's community control and remanding for entry of a proper adjudication order with the conditions which the trial court found to have been violated).

AFFIRMED, REMANDED with directions.

WALLIS, LAMBERT, and MACIVER, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————